## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Vanessa Bailey v. Bayer Corporation, et al.* | No. 12-cv-10445-DRH |
| *Lora Dabney v. Bayer Corporation, et al.* | No. 12-cv-10567-DRH |
| *Nicole Hannon v. Bayer Corporation, et al.* | No. 10-cv-13834-DRH |
| *Julie Pikula v. Bayer Corporation, et al.* | No. 11-cv-10853-DRH |
| *Jacqueline M. Tanner v. Bayer Corporation, et al.* | No. 10-cv-13388-DRH |
| *Andrea Giorgione v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10392-DRH |
| *Ashley Isaacs v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10437-DRH |
| *Tania Noorda v. Bayer Corporation, et al.* | No. 11-cv-12692-DRH |
| *Rochelle Slater v. Bayer Corporation, et al.* | No. 10-cv-12305-DRH |
| *Hillary Schueler v. Bayer Corporation, et al.* | No. 10-cv-12810-DRH |
| *Carol Wingate v. Bayer Corporation, et al.* | No. 10-cv-12799-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 23, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:  /s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.26
08:10:38 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT